UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH ROOSEVELT CLARK                                  CIVIL ACTION

VERSUS                                                  NO. 14-62

SHERIFF MARLIN GUSMAN, ET AL                            SECTION "J" (2)

**O R D E R**

Before the Court is Plaintiff Clark's David Dillon's *§ 1983 Complaint* **(Rec. Doc. 1)**, alleging that he was subjected to various inadequate conditions of confinement while imprisoned in the Orleans Parish Prison system. The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's *Findings and Recommendation* **(Rec. Doc. 10)**, and the failure of Plaintiff to file any objections thereto, hereby approves the *Findings and Recommendation* of the United States Magistrate Judge and adopts it as its opinion in this matter.

Plaintiff has repeatedly failed to respond to various orders by the Magistrate Judge that he provide certain documents, and the Court therefore lacks the information necessary to prosecute Plaintiff's claim. These failures to comply clearly reflect a failure on the part of Plaintiff to prosecute his claims.

Accordingly,

**IT IS HEREBY ORDERED** that the Plaintiff's *Complaint* **(Rec. Doc. 1)** is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 3rd day of April, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE